JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES F. K., | ) | CASE NO. SACV 21-1153-AGR |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff. The decision of the Commissioner is reversed and the matter is remanded for reconsideration of Dr. Hwang's opinions.

DATED: September 2, 2022

*Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge