LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JAMES F. KEITH, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No. SACV 21-01153 AGR <br><br> [PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of THREE THOUSAND EIGHT HUNDRED FIFTY-ONE DOLLARS AND 76/100 ($3,851.76), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: September 15, 2022    *Alicia G. Rosenberg*

HON. ALICIA G. ROSENBERG,
UNITED STATES MAGISTRATE JUDGE

-1-